**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:08-cv-063 |
| | § | |
| 1.66 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND DAVID | § | |
| GUERRA, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

**UNITED STATES' RESPONSE TO THE DISTRICT COURT'S ORDER FOR A CASE STATUS UPDATE**

---

**COMES NOW** the United States of America (hereinafter "United States"), and in response to the District Court's October 17, 2018, Order to inform the Court on the status of the case.

The United States initiated this proceeding with the filing of a declaration of taking and complaint on February 8, 2008.  [Doc. Nos. 1 & 2].  The United States deposited estimated just compensation of $100 into the registry of the Court on March 14, 2008, and the deposit caused title to certain interests in real property to vest in the United States by operation of the Declaration of Taking Act, 40 U.S.C. § 3114.

On April 7, 2008, the United States amended its complaint to identify additional potentially interested parties.  [Doc. No. 9].

On November 2, 2012, the United States moved the Court to consolidate Case No. 7:08-cv-326 into Case No. 7:08-cv-063.  [Doc. No. 18].  The consolidation was necessary to more efficiently resolve takings with common ownership.

Page **1** of 4
*United States' Response to Court's
Order for a Status Update*

The takings were originally identified as a) Tract RGV-RGC-1008E, a temporary work area easement of approximately 2.52 acres, (b) Tract RGV-RGC-1010E, a second temporary work area easement of approximately 0.38 acres, and (c) Tract RGV-RGC-1010, approximately 1.66 acres of fee interest. These tract numbers may change when the United States amends its declaration of taking. A map of the area is below:



[remainder of page intentionally left blank]

Page **2** of **4**
*United States' Response to Court's*
*Order for a Status Update*

The United States is in the process of determining what additional land, if any, the United States will need to take from owners who are part of this proceeding.  The United States intends to address the additional takings in this case in order to streamline the process.

Dated:  November 9, 2018.

Respectfully submitted,

RYAN K. PATRICK,
United States Attorney

By:  _s/ Richard A. Kincheloe_ 
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
E-mail:  Richard.Kincheloe@usdoj.gov

Meagan Eyes
Assistant United States Attorney
Southern District of Texas
Florida Bar No. 0105888
S.D. Tex. ID No. 3135118
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov

**Attorneys for the United States of America**

Page **3** of **4**
_United States' Response to Court's_
_Order for a Status Update_

**<u>Certificate of Service</u>**

The undersigned certifies that he served the foregoing Status Report on the parties remaining in this case on November 9, 2018, by first-class U.S. mail, postage prepaid.

_s/ Richard A. Kincheloe_

Richard A. Kincheloe
Assistant United States Attorney

Page **4** of **4**
_United States' Response to Court's_
_Order for a Status Update_